UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK S. FERNANDEZ, )<br>            )<br>    Plaintiff(s),     )<br>            )<br>vs.          )<br>            )<br>MISSION ROCK RESIDENTIAL, LLC,  )<br>            )<br>    Defendant(s).    )<br>_____ ) | Case No. 2:14-cv-01994-LDG-NJK<br><br>ORDER |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 11. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See* Docket No. 11 at 4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

This deficiency is particularly troubling in light of prior certifications filed by attorneys Michael Balaban and Lyssa Anderson explaining that they read and understood Local Rule 26-4. *See Eval v. Clark County*, Case No. 2:14-cv-01672-JCM-NJK (Docket No. 20) (certification filed by Michael Balaban); *Barber v. Williams*, Case No. 2:13-cv-00538-GMN-CWH (Docket No. 30)

1  (certification filed by Lyssa Anderson); *Hatcher v. Mildebrandt*, Case No. 2:13-cv-01378-JCM-
2  CWH (Docket No. 25) (certification filed by Lyssa Anderson).
3        In an effort to ensure future compliance and complete understanding of the Local Rules, the
4  Court hereby **ORDERS** attorneys Michael Balaban, Lisa Zastrow, and Lyssa Anderson to file
5  certifications with the Court no later than March 27, 2015, indicating that they have read and
6  comprehend Local Rule 26-4. Counsel are advised that similar violations in the future may result
7  in the imposition of sanctions.
8        IT IS SO ORDERED.
9        DATED: March 20, 2015

                                              NANCY J. KOPPE
                                              United States Magistrate Judge